The People of the State of New York, Respondent, v. Frank C. Marrin, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Hirschberg, Burr, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. George T. Cooper, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., dissented.

The People of the State of New York ex rel. Frederick Muus, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. Henry Zirk, Relator, v. William F. Baker, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with fifty dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr and Rich, JJ., concurred; Woodward, J., dissented.

Annie L. Reilly, Respondent, v. John J. Reilly, Appellant.— Order adjudging defendant guilty of contempt of court reversed, without costs, and motion denied, without costs, on the ground that the moving papers fail to show that any demand was made upon the defendant for payment of alimony after the entry of the order providing therefor. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.

Adolph Ringeloth, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.